# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.

DANIEL ARNOLD

_____/

**INDICTMENT**

5:20cr25-MW

**THE GRAND JURY CHARGES:**

## COUNT ONE

At all times material to this Indictment:

1. The defendant, **DANIEL ARNOLD**, was convicted of Sexual Activity by Substitute Parent in the State of North Carolina on or about December 8, 2008.

2. Subsequent to his conviction in the State of North Carolina, and after on or about December 4, 2019, the defendant, **DANIEL ARNOLD**, traveled in interstate commerce.

3. The defendant, **DANIEL ARNOLD**, was required to register, and keep said registration current, with the States of Florida, Georgia, and North Carolina, under the Sex Offender Registration and Notification Act ("SORNA"),

FILED USDC FLND TL
AUG 4 '20 PM5:44

Title 42, United States Code, Section 16901, *et seq.*, because the defendant was a sex offender as defined for purposes of the SORNA.

Between on or about December 4, 2019, and on or about December 27, 2019, in the Northern District of Florida and elsewhere, the defendant,

**DANIEL ARNOLD,**

did knowingly and unlawfully fail to register and update a registration as required by the SORNA.

In violation of Title 18, United States Code, Section 2250(a).

A TRUE BILL:

███████████████

FOREPERSON

8/4/2020
DATE

_____
LAWRENCE KEEFE
United States Attorney

_____
MICHELLE SPAVEN
Assistant United States Attorney

2